**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ANTHONY RUSSELL,

    Plaintiff,

vs.                                        CASE NO. 6:07-CV-125-ORL-19DAB

GOLDEN KRUST, d/b/a Maystruck, Inc.,

    Defendant.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 37, filed August 2, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 37) is **ADOPTED and AFFIRMED.** The Parties' Joint Notice of Settlement, Motion for Approval of Settlement, Motion to Approve Consent Final Judgment, and Motion to Dismiss Case with Prejudice (Doc. No. 32, filed July 10, 2007) is **GRANTED.** Settlement in the amount of $3,000 to Plaintiff for unpaid wages and liquidated damages plus $4,000 for attorney's fees is a fair and reasonable settlement, and such settlement is hereby **APPROVED** as a fair and reasonable resolution of a bona fide dispute of the FLSA issues. This case is **DISMISSED WITH PREJUDICE.** The Clerk of the Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this ___24th___ day of August, 2007.

                                                  PATRICIA C. FAWSETT, CHIEF JUDGE
                                                  UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record